UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,                                                                   HONORABLE PAUL L. MALONEY

v.                                                                                                    Case No. 1:10-cr-158

ENRIQUE ARREOLA-LOPEZ,

       Defendant.

_____/


## ORDER DISMISSING MOTION TO SUPPRESS

On July 6, 2010, the defendant filed a motion to suppress statements and tangible

evidence (Dkt. #17).  The Court scheduled a hearing on defendant's motion for today's date.  Prior to

the hearing on the motion, defendant entered a plea of guilty to counts 1 and 4 of the Superseding

Indictment.  Accordingly,

**IT IS HEREBY ORDERED** that the defendant's  motion to suppress statements and

tangible evidence (Dkt. #17) is **DISMISSED as moot**.


Date:  September 8, 2010                                              /s/ Paul L. Maloney
                                                                                        Paul L. Maloney
                                                                                        Chief United States District Judge